**Scott T. Schauermann** WSB # 26785
Email: sschauermann@hittandhiller.com
Hitt Hiller Monfils Williams LLP
411 SW 2d Avenue, Suite 400
Portland, OR 97204
Telephone: 503-228-5973
Facsimile: 503-228-4250

Judge Benjamin H. Settle

Of Counsel:
**Louis M Heidelberger**, PA Bar 21569 [Pro Hac Vice]
Email: louis.heidelberger@gmail.com
The Law Offices of Louis M Heidelberger PLLC
Telephone: 215-284-8910
Facsimile: 215-883-9745

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| **SAVANNAH INTELLECTUAL PROPERTY LLC**, a Pennsylvania Limited Liability Company, | Case No. 3:24-cv-05215-BHS |
| Plaintiff, | **ORDER ON UNOPPOSSED MOTION TO EXTEND INITIAL DEADLINES** |
| v. | |
| **THE HOLT GROUP, INC.**, a Washington corporation, | |
| Defendant. | |

On September 26, 2024, Plaintiff filed an Unopposed Motion to Extend Initial Deadlines,

by ten days.

NOW THEREFORE, IT IS ORDERED that the Motion is GRANTED, with the following

new deadlines:

**ORDER ON UNOPPOSSED MOTION TO EXTEND INITIAL DEADLINES- Page** 1

| ACTIVITY | OLD DEADLINE | NEW DEADLINE |
|---|---|---|
| Plaintiffs Disclosure of Asserted Claims and Infringement Contentions | September 30, 2024 | October 10, 2024 |
| Non-infringement and invalidity contentions. | October 30, 2024 | November 12, 2024 |
| Exchange of Initial Disclosures | October 30, 2024 | November 12, 2024 |
| Exchange of Proposed Terms and Claims Elements for Construction | November 19, 2024 | November 29, 2024 |
| Preliminary Claim Construction | December 19, 2024 | December 30, 2024 |

DATED this 30th day of September, 2024.

_____

Benjamin H. Settle
United States District Judge

**ORDER ON UNOPPOSSED MOTION TO EXTEND INITIAL DEADLINES- Page** 2