Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SAVANNAH INTELLECTUAL PROPERTY LLC, a Pennsylvania limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>THE HOLT GROUP, INC., a Washington corporation,<br><br>    Defendant. | NO. 3:24-cv-05215-BHS<br><br>**ORDER GRANTING STIPULATED MOTION TO STAY CASE PENDING MOTIONS DECISION IN OREGON**<br><br>NOTE ON MOTION CALENDAR: November 26, 2024 |

THIS MATTER, having come before the Court upon the parties' Stipulated Motion to Stay Case Pending Motions Decision in Oregon, and the Court having considered the parties' Motion;

It is ORDERED, ADJUDGED, and DECREED that the Motion is hereby GRANTED. This case is hereby STAYED until such time as final decisions are rendered on the following two motions currently pending in *Savannah Intellectual Property LLC v. H20me Certified Inc. dba Home Certified, Inc.*, Case No. 3:24-cv-00316-AR (D. Or.) (the "Oregon Litigation"): 1) defendant H20me Certified Inc.'s ("H2Ome") Motion to Dismiss All Claims in the Amended Complaint (D. Or., ECF No. 17); and 2) H2Ome's Motion for Summary Judgment (D. Or., ECF No. 20).

The parties shall file with the Court joint status reports every thirty (30) days from the date of this Order on the progress of the Oregon Litigation until such time as final decisions are

ORDER GRANTING STIPULATED MOTION TO STAY CASE
CASE NO. 3:24-CV-05215-BHS

**Miller Nash LLP**
605 5th Avenue South, Suite 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599

issued on those two dispositive motions.

All remaining case deadlines, including the remaining patent construction deadlines, as well as Plaintiff's deadline to respond to Defendant's pending motion for judgment on the pleadings (Dkt. No. 30), will be reset as appropriate once the stay is no longer in effect.

Dated this 27th day of Novemeber, 2024.

_____
HONORABLE BENJAMIN H. SETTLE

*Presented by:*

MILLER NASH, LLP

 /s/ Brian W. Esler
Brian W. Esler, WSBA No. 22168
605 5th Ave S Ste 900
Seattle, WA 98104
Telephone: 206-624-8300
Facsimile: 206-340-9599
Email: brian.esler@millernash.com

Delfina S. Homen, *admitted pro hac vice*
1140 SW Washington St Ste 700
Portland, OR 97205
Telephone: 503-224-5858
Email: delfina.homen@millernash.com

***Attorneys for Defendant The Holt Group, Inc.***

By: _____
Scott T. Schauermann, WSB No. 26785
*Attorney for Plaintiff*

ORDER GRANTING STIPULATED MOTION TO STAY CASE
CASE NO. 3:24-CV-05215-BHS

Miller Nash LLP
605 5th Avenue South, Suite 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599